

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mashanda Kirk, 1 HCS Community Homes and Services, LLC, and 3203 Victory Dr., Marshall, Texas, in rem, Appellants

No. 06-23-00092-CV     v.

City of Marshall, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 23-0539). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We further order that the appellants, Mashanda Kirk and 1 HCS Community Homes and Services, LLC, pay all costs incurred by reason of this appeal.

RENDERED JUNE 4, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk